IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ERNESTO GARCIA-ALCARAZ<br><br>　　　　　　　　　　　Defendant. | <br><br><br>CR NO: 1:23-MJ-00041 |

FILED
Apr 06, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　☒ Ad Prosequendum　　　　☐ Ad Testificandum

Name of Detainee:　ERNESTO GARCIA-ALCARAZ
Detained at　Fresno County Jail
Detainee is:　a.)　☒ charged in this district by:　☐ Indictment　☐ Information　☒ Complaint
　　　　　　　　　　charging detainee with:　21 U.S.C. 841 Possession with Intent to Distribute
　　or　b.)　☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.)　☐ return to the custody of detaining facility upon termination of proceedings
　　or　b.)　☒ be retained in federal custody until final disposition of federal charges, as a sentence
　　　　　　　is currently being served at the detaining facility

*Appearance is necessary on April 6, 2023 at 2:00 PM in the Eastern District of California.*

Signature:　　　　　　　　　　/s/ Antonio J. Pataca
Printed Name & Phone No:　ANTONIO J. PATACA
Attorney of Record for:　　　United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　☐ Ad Testificandum

　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on April 6, 2023, at 2:00PM**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:　**Apr 6, 2023**

　　　　　　　　　　　　　　　　　　　　　/s/ Stanley A. Boone
　　　　　　　　　　　　　　　　　　　　Honorable Stanley A. Boone
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male　☐Female | |
| Booking or CDC #: | 2316439 | DOB: | 7/31/82 |
| Facility Address: | Fresno County Sheriff | Race: | HISPANIC |
| Facility Phone: | (559) 488-3939 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on:　_____

　　　　　　　　　　　　　　　(signature)