PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00082-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING SETTING CASE FOR A CHANGE OF PLEA HEARING; ORDER |
| v. | |
| ERNESTO GARCIA-ALCARAZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 15, 2023.

2. By this stipulation, defendant now moves to vacate the status conference and set a change of plea hearing on November 20, 2023, and to exclude time between November 15, 2023, and November 20, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(i) and (ii).

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes reports, photographs, videos, and digital evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The United States also provided a plea agreement for the defendant's consideration.

      b)      Counsel for defendant desires additional time to consult with his client, review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to otherwise prepare for the change of plea and sentencing hearings.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 15, 2023 to November 20, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 2, 2023                               PHILLIP A. TALBERT
                                                              United States Attorney

                                                              /s/ ANTONIO J. PATACA
                                                              ANTONIO J. PATACA
                                                              Assistant United States Attorney

Dated:  November 2, 2023         /s/ GRIFFIN ESTES
                                 GRIFFIN ESTES
                                 Counsel for Defendant
                                 ERNESTO GARCIA-ALCARAZ

**ORDER**

IT IS SO ORDERED.

DATED: 11/6/2023                 _Sheila K. Oberto_
                                 THE HONORABLE SHEILA K. OBERTO
                                 UNITED STATES DISTRICT JUDGE